UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

FRED REED,

   Defendant.

CRIMINAL ACTION
NO. 1:05-CR-509-CAP

O R D E R

On this 20th day of April, 2006, came the attorney for the government and the defendant appeared in person and with counsel, Jimmy Hardy.

A probation officer of this court having moved the court to revoke the supervised release heretofore granted the defendant on February 24, 2000, for the period of three years (3), and the defendant having admitted that he violated the terms and conditions of his supervised release, it is,

ORDERED BY THE COURT that the supervised release be revoked, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, is hereby committed to the custody of the Bureau of Prisons for a period of TWELVE (12) months, with no supervised release to follow. The defendant is remanded to the custody of the United States Marshal.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other

qualified officer and that the copy serve as the commitment of the defendant.

SO ORDERED, this __20th__ day of April, 2006.

```
                              s/Charles A. Pannell, Jr.
                              CHARLES A. PANNELL, JR.
                              United States District Judge
```